Lewis Roger MOORE, Petitioner,

v.

The PEOPLE of the State of Colorado, Respondent.

No. 85SC247.

Supreme Court of Colorado,
En Banc.

Oct. 15, 1985.

Petition for Writ of *Certiorari DENIED.*